848

No. 79–6516. CADENA v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–6517. DIAZ v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–6520. GREEN v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 79–6521. MADRID v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 79–6522. ORTEGO v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–6524. GENTRY v. SMITH, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–6525. CEBALLO v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–6526. LATHAM v. HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6529. COX v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–6530. HARRIS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–6533. HUANG v. ROSEN ET AL. Ct. App. D. C. Certiorari denied.

No. 79–6534. PUSTELNIK v. CANNONITO ET AL. C. A. 7th Cir. Certiorari denied.